# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| TURBINE POWERED TECHNOLOGY, LLC | * | CIVIL ACTION NO. 6:19-CV-00475 |
| v. | * | JUDGE TERRY A. DOUGHTY |
| DAVID CROWE, ET AL | * | MAG. JUDGE CAROL WHITEHURST |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

**IT IS ORDERED** that Defendants' request for oral argument is **DENIED AS UNNECESSARY**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is hereby **REMANDED** to the 16th Judicial District Court, Parish of St. Mary, State of Louisiana.

Monroe, Louisiana, this 26th day of August, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE